NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000331
24-AUG-2012
11:29 AM

NO. CAAP-11-0000331

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


LANAIANS FOR SENSIBLE GROWTH,
Appellant-Appellant,
v.
LAND USE COMMISSION; RANSOM A.K. PILTZ,
in his official capacity as Chairperson of the
State of Hawai'i Land Use Commission;
VLADIMIR P. DEVENS, REUBEN S.F. WONG,
KYLE CHOCK, THOMAS CONTRADES, LISA M. JUDGE,
DUANE KANUHA, NORMAND R. LEZY, and NICHOLAS W. TEVES, JR.,
in their official capacities as members of the
Land Use Commission; CASTLE AND COOKE RESORTS, INC.;
COUNTY OF MAUI PLANNING DEPARTMENT;
and STATE OFFICE OF PLANNING,
Appellees-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0415)

ORDER OF CORRECTION
(By:  Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion filed
August 24, 2012 in the above case is corrected as follows:

On page 9, in IV. CONCLUSION, the words "this case is"
should be inserted between "and" and "remanded" so that as
corrected the sentence should read: "The Final Judgment entered

---

[1]     Foley, Presiding J., Fujise and Leonard, JJ.

March 9, 2011 in the Circuit Court of the First Circuit is vacated and this case is remanded to the circuit court."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:   Honolulu, Hawai'i, August 24, 2012.

FOR THE COURT:

Associate Judge